IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEAN BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>A.J. FRAZIER, INC., ET. AL.,<br><br>        Defendants. | Case No. 1:20-cv-01941-GLR |

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

It is hereby stipulated and agreed by Plaintiff **Dean Baker** and **AJ Frazier Solutions, Inc., A.J. Frazier Fleet, Inc., Frazier Freight LLC, and A.J. Frazier Freight, Inc.** (collectively referred to herein as "Certain Defendants")**,** by their undersigned counsel, that Plaintiff's claims against the Certain Defendants are hereby dismissed, with prejudice and without consideration. The aforementioned parties shall bear their own attorneys' fees and costs.

In accordance with Fed. R. Civ. P. 41(a)(a)(1)(ii), the remaining Defendants, A.J. Frazier, Inc., Joseph Frazier, XPO Last Mile, Inc., and Lowe's Home Improvement, LLC, by their undersigned counsel, consent to the dismissal of the Certain Defendants from this action.

\_\_\_\_/s/_____
Justin M. Womack, Esq. (Bar No. 20588)
Snider & Associates, LLC
600 Reisterstown Rd., 7th Floor
Baltimore, Maryland 21208
Phone: (410) 653-9060
Fax: (410) 653-9061
jwoamck@sniderlaw.com
*Attorney for Plaintiff*

**[The Following Signatures Have Been Signed by Justin M. Womack, Esq. with the Permission of Each of the Attorneys Identified Below Prior to Filing]**

_____/s/_____
Stephen J. Nolan (Bar No. 00578)
Smith, Gildea & Schmidt, LLC
(Signed by Justin M. Womack with permission of Stephen J. Nolan)
600 Washington Avenue, Suite 200  Towson, MD 21204
snolan@sgs-law.com
Attorney for Defendants, Frazier Freight, LLC, A.J. Frazier Freight, Inc.,
A.J. Frazier Fleet, Inc., and A.J. Frazier Solutions, Inc.

_____/s/_____
Liane Kozik (Bar No. 21336)
Donald E. English, Jr. (Bar No. 27534)
(Signed by Justin M. Womack with permission of Donald E. English Jr)
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
Donald.english@jacksonlewis.com
Liane.Kozik@jacksonlewis.com
*Attorneys for Defendant XPO Last Mile, Inc.*

_____/s/_____
Patrick Curran (Bar No. 18872)
(Signed by Justin M. Womack with permission of Patrick Curran)
Davis Wright Tremaine LLP 1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
patcurran@dwt.com
Attorneys for Defendant
*Lowe's Home Improvement, LLC*

_____/s/_____
Jay R. Fries (Bar No. 01234)
(Signed by Justin M. Womack with permission of Jay R. Fries)
FordHarrison LLP
502 Washington Avenue, Suite 400  Towson, MD 21204
jfries@fordharrison.com
Attorney for Defendants, A.J. Frazier, Inc. and Joseph Frazier

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2020, the foregoing Stipulation of Dismissal of Certain Defendants was filed electronically with the Court using the CM/ECF system, which system will then send electronic notification of the filing to all counsel of record.

                                                /s/

                                                Justin M. Womack
                                                *Attorney for Plaintiff*